Rebecca A. Lindemann, ABA No. 309051
James S. Nolan, ABA No. 1505029
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com
jnolan@richmondquinn.com

Anita Modak-Truran
Butler Snow LLP
150 4rd Avenue South, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6701
anita.modak-truran@butlersnow.com

Attorneys for Defendants Ethicon, Inc.
and Johnson & Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| BARBARA BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00004-TMB |
| | ) | |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | **STIPULATION TO DISMISS** |
| | ) | **WITH PREJUDICE** |
| | ) | |

Plaintiff, Barbara Burton, and Defendants, Johnson & Johnson and Ethicon, Inc.

(collectively, the "Ethicon Defendants"), stipulate to the dismissal of all claims against

Stipulation to Dismiss with Prejudice
Barbara Burton v. Ethicon, Inc. and Johnson & Johnson, Case No 3:20-cv-00004-TMB
Page 1 of 3

Case 3:20-cv-00004-TMB    Document 80    Filed 09/27/21    Page 1 of 3

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

the Ethicon Defendants with prejudice, pursuant to Fed. R. Civ. P. 41.  Each party shall bear their own costs and fees.

DATED this 27th day of September 2021, at Anchorage Alaska.

KLINE & SPECTER                              RICHMOND & QUINN

By:  /s/Alison Vetrini                       By:  /s/ Rebecca A. Lindemann
     Alison Vetrini (*Pro hac vice*)              Rebecca A. Lindemann
     1525 Locust Street, 19th Fl.                 Alaska Bar No. 1309051
     Philadelphia, PA 19102                       360 K Street, Suite 200
     Ph:  (215) 772-0428                          Anchorage, AK  99501
     alison.vetrini@klinespecter.com              Ph:  (907) 276-5727
                                                  rlindemann@richmondquinn.com
     *Attorney for Plaintiff*
                                                  BUTLER SNOW LLP

                                                  Anita Modak-Truran
                                                  (*Pro hac vice*)
                                                  150 3rd Avenue South, Suite 1600
                                                  Nashville, TN 37201
                                                  Ph:  (615) 651-6751
                                                  Anita.Modak-Truran@butlersnow.com

                                                  *Attorneys for Defendants*
                                                  *Ethicon, Inc. and Johnson & Johnson*

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

Stipulation to Dismiss with Prejudice
Barbara Burton v. Ethicon, Inc. and Johnson & Johnson, Case No 3:20-cv-00004-TMB
Page 2 of 3
Case 3:20-cv-00004-TMB     Document 80     Filed 09/27/21     Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of September 2021, a copy of the foregoing was served electronically on the following:

Lee B. Balefsky - lee.balefsky@klinespecter.com
Christopher A. Gomez - chris.gomez@klinespecter.com
Alison Vetrini - alison.vetrini@klinespecter.com


/s/ Rebecca A. Lindemann
RICHMOND & QUINN


I:\2401\2401.001\PLD\STIPULATION TO DISMISS WITH PREJUDICE.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Stipulation to Dismiss with Prejudice
Barbara Burton v. Ethicon, Inc. and Johnson & Johnson, Case No 3:20-cv-00004-TMB
Page 3 of 3
Case 3:20-cv-00004-TMB     Document 80     Filed 09/27/21     Page 3 of 3